# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|                       |                                            |
|-----------------------|--------------------------------------------|
| ,                     | Case No. C                                 |
| Plaintiff(s)          |                                            |
| v.                    | ADR CERTIFICATION BY PARTIES AND COUNSEL   |
| ,                     |                                            |
| Defendant(s)          |                                            |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:                    Signed:_____
                                                     Party

Date:                    Signed:_____
                                                   Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 6-2016*